# Northern District Court

Da'vhon Young

v.

WCTV News Channel

4:24cv161-MW/MAF

## Civil Liability Suit Against The WCTV News Channel For Defamation of Character

Comes now the Plaintiff Da'vhon Young moves this Honorable Court to accept this Civil Liability Suit Against The WCTV News Channel For Defamation of Character based on the following:

FILED USDC FLND TL
APR 5 '24 PM 2:33   SB

1.

# Statement of Fact

1. The WCTV News Channel posted the Plaintiff picture on the evening News on December 7, 2022 accusing him of being a main suspect in a highly publicized violent crime that took place at a Nationally known Historical Black University.

# Argument

2. On December 7, 2022 the WCTV News Channel broadcast a false news story about the Plaintiff accusing him of being a main suspect in a violent high profile infamous crime that took place at the

2.

outside basketball court at Famu University.

2. During the broadcast of the false news story the WCTV News Channel posted the Plaintiff picture, wherein majority of the citizens in the city of Tallahassee, Florida and the surrounding areas that faithfully watch the WCTV News Channel was able to view his image while listening to the false News story accusing him of being a main suspect in a violent high profile infamous crime.

3. Plaintiff was already detained inside of the Leon County Detention Facility on unrelated charges and has been there since October 28, 2022 months before the highly publicized crime took place.

4. Plaintiff along with other inmates were watching the WCTV Evening news when the false news story along with his picture was broadcast on the television.

5. The airing of the false news story caused the Plaintiff's situation to be more problematic than it already was. It made his already stressed and depressed situation alot more stressed and more depressing.

6. It made him a target of hate and ill-intent from people he don't even know. He's been subjected to verbal abuse by the Leon County Detention Facility Staff and other inmates.

4.

7. It caused the few family members and friends that he did have left standing in his corner to turn away from him.

8. Plaintiff is currently taking mental health medication for his depression and anxiety issues that was increased from the affects from the false news story.

9. Plaintiff honestly believe that the false news story had a major affect in his trial that took place after the airing of the false news story.

5.

10. The City of Tallahassee is a small city and a large majority of its citizens watch the WCTV News Channel.

11. A majority of its citizens including Judges and prosecutors seen the false news story along with the Plaintiffs picture accusing him of being a main suspect in a infamous crime.

12. That made it impossible for the Plaintiff to receive a fair and impartial trial.

13. There's no way to remove that image from the minds of the Public Citizens, friends, and family members who viewed the false news story.

6.

14. The WCTV News Channel defamed the Plaintiff by releasing the false news story about him being a main suspect in a violent infamous crime that he had absolutely nothing to do with.

15. The false news story also injured the Plaintiff by humiliating him, falsely accused him of being a part of an infamous crime, causing him mental and emotional suffering, loss of friends and family, making him a victim of verbal abuse, defamation of character, and a target of hate and ill-intent.

16. The WCTV News Channel failed to properly investigate the actual facts of the crime, and the story before they broadcast it on the WCTV

7.

evening news on December 7, 2022.

17. A proper investigation would of prevented the broadcast of the false news story, the posting of Plaintiff picture, and his suffering

18. It created a dark image in the minds of the public citizens, the same citizens that were eligible to be chosen to be apart of the jury that determined his fate on April 27, 2023

## Relief

Plaintiff is seeking compensatory and punitive damages for defamation of character, emotional and mental suffering, injury to his trial, endangerment, loss of family and friends, and humiliation.

Plaintiff seeks $750,000.00 in compensatory damages and $2,000,000.00 in punitive damages and whatever else this Honorable Court deems fair and necessary.

WHEREFORE, Plaintiff request this Honorable Court to GRANT this Civil Liability Suit based on the facts stated in it.

9.

Respectfully Submitted

*[signature]* 150898

## OATH

Pursuant to Fla. Stat. 92.525 under penalty of perjury the foregoing has been read and the facts stated in it are true.

March 19, 2024          *[signature]* 150898.

## Certificate of Service

I Hereby Certify that a true and correct copy of this Civil Liability Suit Against The WCTV News Channel For Defamation of Character has been furnished by US Mail to the Northern District Court at 111 North Adams St., Tallahassee, Fl. 32399 on March 19, 2024

*[signature]* 150898

10.

Da'vhon Young 150898
LCDF
P.O Box 2278
Tallahassee, Fl. 32316.



A.Jefferson 👁️ 3/19/2024

11.

Da'vhon Young 150898
**LEON COUNTY DETENTION FACILITY**
P.O. Box 2278
TALLAHASSEE, FLORIDA 32316-2278

JACKSONVILLE FL
2 APR 2024 PM 2 L

Federal Court house
Northern District Court
111 North Adams Street
Tallahassee, Fl. 32301

Legal Mail